

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00242-CV

_____

IN RE DARRYL HEFFNER, Relator

---

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court Nos. CV24-00216 and CV21-00248

---

Before Birdwell, Kerr, and Bassel, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: May 27, 2025